**Motions Granted; Dismissed; and Memorandum Opinion filed February 20, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00631-CR

**DYLLAN CHANCE GODWIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 208th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1320939**

## M E M O R A N D U M   O P I N I O N

Appellant filed a *pro se* written request to withdraw his notice of appeal, stating that he no longer wishes to pursue his appeal. Because the motion was not signed by appellant's appointed counsel as required by Texas Rule of Appellate Procedure 42.2, we requested appellant's counsel to respond. Appellant's appointed counsel filed a separate motion, joining appellant's request to dismiss the appeal. We consider these separate motions to constitute compliance with Rule

42.2. *See* Tex. R. App. P. 2 (permitting an appellate court to order a different procedure than set out in the appellate rules to expedite a decision or for other good cause). Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Justices McCally, Busby, and Donovan.
Do Not Publish — Tex. R. App. P. 47.2(b).